70,920-01,02,03
04,05,06

COURT OF CRIMINAL APPEALS OF TEXAS          Oct 16, 2015
CAPITOl STATION
P.O. BOX 12308
AUSTIN, TEXAS 78711

RE: TO WRIT CAUSE NUMBERS WR-70,920-01 THRU WR-70-924-0

DEAR CLERK,

    I AM CONTACTING YOUR OFFICE TODAY TO REQUEST ASSISTANCE ON LEARNING THE STATUS OF THE ABOVE MENTIONED CAUSE NUMBERS.

    YOUR ASSISTANCE WITH THIS MATTER IS GREATLY APPRECIATED.

SINCERELY
Joe R. Casares

JOE CASARES # 1383104
899 FM. 632 CONNALLY UNIT
KENEDY, TEXAS
       78119

CC:

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 22 2015
Abel Acosta, Clerk